No. 71–5721.  OLLER *v.* CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 71–5724.  AMATO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–5725.  MARRERO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–5728.  WELP *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–5732.  ENGLAND *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 71–5733.  COLEY *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 70–272.  KATZ ET AL. *v.* MCAULAY ET AL.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 71–183.  AGUA CALIENTE BAND OF MISSION INDIANS ET AL. *v.* COUNTY OF RIVERSIDE, CALIFORNIA. C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 71–659.  DEVILLIERS *v.* ATLAS CORP.  C. A. 10th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–661.  DAVIS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.